# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TRACIE R. BARNES, et al., | **CV-26-53-BMM** |
| Plaintiffs, | |
| v. | |
| BNSF RAILWAY CO., a Delaware corporation, | **ORDER** |
| Defendants. | |

Before the Court is Defendant BNSF's Motion for Judgment on the Pleadings. (Doc. 2.) The Court filed an order on June 23, 2026, granting Plaintiffs' Motion to Remand (Doc. 5). (Doc. 34.) The Court dismisses as moot Defendant's Motion for Judgment on the Pleadings (Doc. 2) in *Barnes* and the consolidated Libby Asbestos Cases.

Accordingly, **IT IS ORDERED** that BNSF's Motion for Judgment on the Pleadings (Doc. 2) is **DENIED** as moot.

DATED this 24th day of June, 2026.

Brian Morris, Chief District Judge
United States District Court